AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

COWICHE GROWERS, INC.,

       Plaintiff,

           v.

CONTINENTAL CASUALTY COMPANY,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-3093-RMP

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED judgment entered against Plaintiff and in favor of Defendant. File closed.

| | |
|---|---|
| October 25, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |